DOWNER, Respondent, v. GEORGE et al., Appellants. (Supreme Court, Appellate Divi-sion, Second Department. June 17, 1904.) Ac-tion by Kittie Downer against William N. George and Thomas J. Hobby. No opinion. Judgment of the Municipal Court affirmed, with costs.